IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STEPHEN ROBERT NEALE YOUNG, <br><br>Plaintiff, <br><br>v. <br><br>UNIVERSITY OF HAWAIʻI, *et al.*, <br><br>Defendants. | Case No. 20-cv-00231-DKW-RT <br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**[1] |

On August 31, 2020, Plaintiff Stephen Young filed an application to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 142.

Federal courts can authorize a person to proceed *in forma pauperis* who submits an affidavit that demonstrates an inability to pay. *See* 28 U.S.C. § 1915(a)(1).

Here, as of August 31, 2020, Young has made the required showing under Section 1915(a). In the IFP Application, Young states that he has no gross or take-home pay. He further states that he receives $320 every two weeks in unemployment benefits, about $12 every 3 months in dividend payments, and he has $15.01 in a bank account. Young further states that he owns 10 shares of

---

[1] Pursuant to Local Rule 7.1(c), the Court finds this matter suitable for disposition without a hearing.

stock worth $1,935 and an autographed photo collection worth approximately $500. Young further states that he has medical expenses of $187 a month and he spends between $100 and $200 on home "improvements/materials … despite not having to pay rent." Young further states that he owes student loan debt of over $150,000. In light of these figures, Young's current income falls below the poverty threshold identified by the Department of Health and Human Services' ("HHS") 2020 Poverty Guidelines. *See* HHS Poverty Guidelines, available at: https://aspe.hhs.gov/poverty-guidelines. In addition, in light of his expenses and debt, Young has insufficient assets to provide security. As a result, the Court GRANTS the IFP Application, Dkt. No. 142.

IT IS SO ORDERED.

Dated: September 3, 2020 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Stephen Young v. University of Hawaii, et al*; Civil No. 20-00231 DKW-RT;
**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**